Amarillo National Bank
410 S Taylor St
Amarillo, TX 79101

Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548

Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711

Fidem Advisors
14 Elliott Ave
Bryn Mawr, PA 19010

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, TX 75242

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Legend Bank
3001 Western Center Blvd
Fort Worth, TX 76131

Texas Workforce Commission
101 East 15th Street Room 354
Austin, TX 78778-0001

U.S. Trustee's Office
1100 Commerce Street Room 976
Dallas, TX 75242


US Atty General
10th and Constitution Ave., NW
Main Justice Bldg. Room 5111
Washington, DC 20530

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **River North Farms Incorporated**                                        CASE NO

                                                                                  CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    **09/16/2025**        Signature                                    **/s/ Dale Behan**
                                                                           Dale Behan, Owner